**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMER HANNA,<br><br>Defendant. | Case No.: 24cr0614-CAB<br><br>I N F O R M A T I O N<br><br>Title 21 U.S.C. §§ 841 & 846 - Conspiracy to Distribute Marijuana; Title 18 U.S.C. § 924(c) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 21 U.S.C. § 853, Title 18 U.S.C. § 924(d), and Title 28 U.S.C. § 2461(c) – Criminal Forfeiture |

The United States Attorney charges:

Count 1: Conspiracy to Distribute Marijuana

Beginning on or about a date unknown, and continuing through July 29, 2021, in the Southern District of California and elsewhere, defendant SAMER HANNA did knowingly and intentionally combine, conspire, and agree with other persons known and unknown, to distribute a mixture and substance containing a detectable amount of marijuana, a

Schedule I controlled substance, in violation of Title 21, United States Code, Section 841.

All in violation of Title 21, United States Code, Section 846.

Count 2: Possession of a Firearm

in Furtherance of a Drug Trafficking Crime

On or about July 29, 2021, within the Southern District of California, defendant SAMER HANNA, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, conspiracy to distribute a controlled substance, the crime charged in Count 1 above, did knowingly aid and abet the possession of a firearm; in violation of Title 18, United States Code, Section 924(c).

FORFEITURE ALLEGATIONS

The offenses alleged in Counts 1 and 2 are herein alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the felony offenses alleged in Counts 1 and 2, which offenses are subject to imprisonment for greater than one year, defendant SAMER HANNA shall, shall forfeit to the United States all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit

and to facilitate the commission of the violations alleged in Counts 1 and 2 of this Information. The property to be forfeited includes, but is not limited to: $29,047 United States currency, seized from 505 Prescott Avenue, El Cajon, California.

In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above-described property.

//

//

//

//

//

//

//

//

Upon conviction of Count 2 of the Information, defendant SAMER HANNA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

DATED: March 26, 2024.

TARA K. MCGRATH
United States Attorney

Carling Donovan
______________________________
CARLING DONOVAN
Assistant U.S. Attorney